Jason Sughrue
State Bar No. 24048150
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **BRITTANY RENEE RANSOM** | § | CASE NO. 23-30856-13 |
| | § | |
| **Debtors** | § | CHAPTER 13 |

### NOTICE OF HEARING

You are notified of the filing of the foregoing *Motion to Impose the Automatic Stay.* A hearing on this Motion will be heard at 9:30 A.M. on May 22, 2023. The Motion will be heard before the Honorable Stacey G.C. Jernigan, via Webex.

**\*Virtual Hearing Link: https://us-courts.webex.com/meet/jerniga**

**\*Virtual Hearing Instructions:**

**https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Judge%20Jernigan%27s%20WebEx%20Hearing%20Instructions%20-%20PLEASE%20READ.pdf**

**For WebEx Telephonic Only Participation/Attendance: Dial-In:**

 **1.650.479.3207 Meeting ID: 479 393 582**

**Only the Debtor and any party opposing the Motion are required to attend the hearing.**

Respectfully Submitted,

ALLMAND LAW FIRM, P.L.L.C.

/s/ Jason Sughrue
Jason Sughrue
State Bar No. 24048150
ALLMAND LAW FIRM, P.L.L.C.
860 Airport Freeway Suite 401
Hurst, TX 76054
214.265.0123 Phone
214.265.1979 Fax
ATTORNEY FOR DEBTOR(S)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 18, 2023, a true and correct copy of the foregoing was served on all parties in interest below and on the attached mailing matrix.

**DEBTOR(S)**
Brittany Renee Ransom
166 Yale Ave
Red Oak, TX 75154

**STANDING CHAPTER 13 TRUSTEE**
Tom Powers
105 Decker Ct., 11th Flr., Ste. 1150
Irving, Texas 75062

**U.S. TRUSTEE**
Rm. 976
1100 Commerce Street
Dallas, TX 75242

**U.S. ATTORNEY GENERAL**
Main Justice Building, Rm. 5111
10th & Constitution Ave
NW Washington D.C. 20530

/s/ Jason Sughrue
Jason Sughrue
State Bar No. 24048150