


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 30, 2023**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| **In re: BRITTANY RENEE RANSOM** | **§** | **Cause no. 23-30856** |
|---|---|---|
| | **§** | **Chapter 13** |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

CooperZadeh Management, LLC ("Movant") filed a Motion for Relief from the Automatic Stay Pursuant to U.S.C § 362(d)(l) to allow Movant to evict the Debtor.

Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing.

Accordingly, it is

**ORDERED** that the automatic stay is immediately lifted against real property located at 166 Yale Avenue, Red Oak, Texas 75154 if is further

**ORDERED** that the automatic stay is terminated IN REM as to the real property located at 166 Yale Avenue, Red Oak, Texas 75154 in this and any subsequent filed bankruptcy case relating to the property.

**ORDERED** that Movant is granted leave from the automatic stay to allow the Movant to evict the Debtor from the real property located at 166 Yale Avenue, Red Oak, Texas 75154.

# # # End of Order # # #

ENTRY REQUESTED:

*/s/ Brandy M. Alexander*
ALEXANDER LAW, PLLC
Brandy M. Alexander
State Bar No.: 24108421
2502 La Branch St
Houston, Texas 77004
Telephone: 832-360-2318
Fax: 346-998-0886
E-mail: brandyalexander@alexanderpllc.com